

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00057-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**ALAMO AIRCRAFT SUPPLY, INC.**, Alamo Aircraft, Ltd.,
Wulfe Rentals, Ltd., and Lobo GC, Ltd.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08223
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order denying the City of San Antonio's plea to the jurisdiction is REVERSED. We RENDER JUDGMENT dismissing Appellees' suit with prejudice to refiling in district court. We tax costs against appellees Alamo Aircraft Supply, Inc., Alamo Aircraft, Ltd., Wulfe Rentals, Ltd., and Lobo GC, Ltd. *See* TEX. R. APP. P. 43.4.

SIGNED August 13, 2014.

_____
Patricia O. Alvarez, Justice